# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWANA WRIGHT, | ) |
| | ) |
| Plaintiff, | )  2:17-cv-00747-NR |
| | ) |
| v. | ) |
| | ) |
| PROVIDENCE CARE CENTER, LLC and | ) |
| BEAVER VALLEY ASSOCIATES, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 24th day of September, 2019, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [ECF 65] filed by Defendants Providence Care Center, LLC and Beaver Valley Associates, LLC is GRANTED. An appropriate Judgment follows.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge