# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWANA WRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PROVIDENCE CARE CENTER, LLC and<br>BEAVER VALLEY ASSOCIATES, LLC,<br><br>　　　　　　Defendants. | 2:17-cv-00747-NR |

## ORDER OF COURT

AND NOW, this 24th day of September, 2019, the Court having granted the Motion for Summary Judgment filed by Defendants Providence Care Center, LLC and Beaver Valley Associates, LLC,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendants as to Counts I, II, and III of Plaintiff Shawana Wright's Second Amended Complaint;

IT IS FURTHER ORDERED that because there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ J. Nicholas Ranjan*
　　　　　　　　　　　　　　　　　　United States District Judge